FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2022-2641
_____

WOODROW PATTERSON, III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Coleman L. Robinson, Judge.


August 21, 2024


PER CURIAM.

Woodrow Patterson, III, appeals following a guilty plea for possession of a firearm by a convicted felon, carrying a concealed firearm, resisting an officer without violence, and improper vehicle registration. Based on our review of the record, we affirm the judgment and sentence.* Further, we affirm the trial court's imposition of costs under section 938.27(8), Florida Statutes. *See Parks v. State*, 371 So. 3d 392, 393 (Fla. 1st DCA 2023).

AFFIRMED.

_____

* *See Anders v. California,* 386 U.S. 738 (1967).

ROBERTS, KELSEY, and WINOKUR, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Jessica J. Yeary, Public Defender, and Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and David Welch, Assistant Attorney General, Tallahassee, for Appellee.